ACCEPTED
01-15-00290-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/26/2015 2:10:59 PM
CHRISTOPHER PRINE
CLERK

**Cause No. 01-15-00290-CR**

IN THE COURT OF APPEALS
FOR THE
FIRST JUDICIAL DISTRICT OF TEXAS
AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/26/2015 2:10:59 PM
CHRISTOPHER A. PRINE
Clerk

**FERNANDO RAZO**,
Appellant,

v.

**THE STATE OF TEXAS**,
Appellee.

Appeal from Cause No. 1416480
In the 208th District of
Harris County, Texas

**APPELLANT'S MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF**

**TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS**:

Appellant, **FERNANDO RAZO**, by and through his counsels of record,

**CARMEN ROE** and **BRENT MAYR**, files this Appellant's Motion to Extend Time to

File Brief and in support shows this Court the following:

## I.

Appellant was convicted in the 208th District Court of Harris County, in Cause No. 1416480, for the offense of intoxication manslaughter. Punishment was assessed at 10 years in the Texas Department of Criminal Justice Institutional Division.

## II.

The Clerk's record was filed on May 8, 2015 and the Reporter's record was filed on July 27, 2015. Appellant's Brief is currently due October 26, 2015, after one extension of time was granted.

## III.

Appellant requests an extension of thirty (30) days until November 25, 2015 to file its brief. Counsel requests the additional time because the following briefs are due in the next thirty (30) days: *State v. Andreas Marcropoulos*, *State v. Brent Dalton, State v. Mashood Uddin, State v. Jerrell Bell,* and *United States v. Alan Cruz-Palacios.* For these reasons, Counsel has been unable to submit Appellant's Brief on the due date and hereby requests an extension of time.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court extend the time for filing Appellant's Brief in this cause until November 25, 2015.

**RESPECTFULLY SUBMITTED,**

*/s/ Carmen Roe*

**CARMEN ROE**
**CARMEN ROE LAW FIRM**
SBN: 24048773
440 Louisiana, Suite 900
Houston, Texas 77002
713.236.7755 Phone
713.236.7756 Fax
carmen@carmenroe.com

*/s/ T. Brent Mayr*

**T. BRENT MAYR**
**LAW OFFICE OF BRENT MAYR, P.C.**
SBN: 24037052
4101 Washington Avenue, 2nd Floor
Houston, Texas 77007
713.808.9613 Phone
713.808.9991 Fax
bmayr@bmayrlaw.com

**ATTORNEYS FOR APPELLANT**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served to the Harris County District Attorney, Appellate Division, 1201 Franklin Street, Houston, Texas 77002, on October 26, 2015.

*/s/ Carmen Roe*

_____

**CARMEN ROE**